IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAUDEO PANGANIBAN § § § | |
| vs. § § | C.A. No. 4:13cv2302 |
| AMERICAN AUTOMAR INC., OSPREY § SHIP MANAGEMENT, INC., AND APL § MARITIME LTD. § | |

## ORDER OF DISMISSAL AND FINAL JUDGMENT

On the below-entered date came Plaintiff, RAUDEO Z. PANGANIBAN, and Defendants, AMERICAN AUTOMAR INC., OSPREY SHIP MANAGEMENT, INC., AND APL MARITIME LTD., advised the Court that their matters and differences in controversy have been compromised and settled and accordingly requested that the Plaintiff's Original Complaint and all amendments thereto be dismissed with prejudice in its entirety with each party to bear their respective costs of Court; it is therefore

ORDERED, ADJUDGED and DECREED that Plaintiff, RAUDEO Z. PANGANIBAN, recover nothing from Defendants, AMERICAN AUTOMAR INC., OSPREY SHIP MANAGEMENT, INC., AND APL MARITIME LTD., and his Original Complaint and all amendments thereto are hereby dismissed with prejudice with each party to bear their respective costs of Court.

This is a Final Judgment.

All relief sought herein which is not expressly granted is denied.

SIGNED at Houston, Texas, this the 22nd day of _May_, 2014.

_____
UNITED STATES DISTRICT JUDGE

4824-8231-4778.1

By: *Steven C. Barkley (/s/)*
Steven C. Barkley
Attorney at Law
3560 Delaware, Suite 305
Beaumont, TX  77706
Telephone:  409-899-2277
Email:  baylorlawyer@aol.com
**COUNSEL FOR PLAINTIFF,
RAUDEO ZANO PANGANIBAN**


LEWIS BRIBOIS BISGAARD & SMITH LLP

By: *Ronald L. White*
Ronald L. White
State Bar No. 21328300
Weslayan Tower, Suite 1400
24 Greenway Plaza
Houston, Texas 77046
Telephone:  713-659-6767
Facsimile:  713-759-6830
Email:  ron.white@lewisbrisbois.com
**COUNSEL FOR DEFENDANTS,
APL MARITIME, LTD.,
AMERICAN AUTOMAR INC. AND
OSPREY SHIP MANAGEMENT,
INC.**